IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WAYNE JEREMIAH,

    Plaintiff,                    No. 2:12-cv-1881 GGH P

    vs.

C/O BERGER,                        ORDER &amp;

    Defendant.               FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed August 15, 2012, plaintiff was ordered to file a completed affidavit in support of his request to proceed in forma pauperis, including submitting a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, within thirty days, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

        Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1           Accordingly, IT IS HEREBY ORDERED that: the Clerk of the Court is to make a
2   district judge assignment to this case.
3           IT IS RECOMMENDED that this action be dismissed without prejudice.
4           These findings and recommendations are submitted to the United States District
5   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
6   days after being served with these findings and recommendations, plaintiff may file written
7   objections with the court.  Such a document should be captioned "Objections to Magistrate
8   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
9   within the specified time may waive the right to appeal the District Court's order.  Martinez v.
10  Ylst, 951 F.2d 1153 (9th Cir. 1991).
11  DATED: September 26, 2012

                          /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

GGH:009
jere1881.fifp

2